ACCEPTED
01-15-00529-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 3:57:57 PM
CHRISTOPHER PRINE
CLERK

6/8/2015 3:57:57 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5588730
By: CHRISTWashington
Filed: 6/8/2015 3:57:57 PM

CAUSE NO. 2015-04190

| | | |
|---|---|---|
| MAURICE JOHNSON and<br>E&M ENTERPRISES, INC.,<br>    Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs. | §<br>§ | HARRIS COUNTY, TEXAS |
| NACE INTERNATIONAL and<br>KEN GRAYS,<br>    Defendants. | §<br>§<br>§ | 215th JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:17:37 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, NACE INTERNATIONAL, files this Notice stating its intention to appeal the trial court's Order Denying Defendant's Motion to Compel Arbitration, signed May 29, 2015. This appeal will be filed in and sought from either the First or Fourteenth Court of Appeals in Houston, Texas. **This is an accelerated appeal.** This is not a parental termination or child protection case, as defined in TEX. R. APP. P. 28.4.

Respectfully submitted,

BY:   /s/ Anthony T. Golz
        Anthony T. Golz
        Texas Bar No. 24059834
        agolz@cbylaw.com
        John L. Grayson
        Texas Bar No. 08341500
        jgrayson@cbylaw.com
        Robert J. Naudin, Jr.
        Texas Bar No. 24053898
        rnaudin@cbylaw.com
        COKINOS, BOSIEN & YOUNG
        1221 Lamar Street, 16th Floor
        Houston, Texas 77010
        (713) 535-5500
        (713) 535-5533 (Fax)

        ATTORNEYS FOR DEFENDANT,
        NACE INTERNATIONAL

## CERTIFICATE OF SERVICE

I certify that, on June 8, 2015, a copy of the foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider and by facsimile as follows:

Marcellous S. McZeal
GREALISH & MCZEAL, P.C.
700 Louisiana Street, 48th Floor
Houston, Texas 77002
(713) 255-3234
(713) 783-2502 (Fax)

**Attorneys for Plaintiffs,**
**Maurice Johnson and E&M Enterprises, Inc.**

        /s/ Anthony T. Golz
        Anthony T. Golz